IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUAN BENITO RODRIGUEZ LAGOS, | § § § | |
| *Petitioner*, | § § | |
| | § | No. 1:26-CV-01117-DAE |
| v. | § § | |
| WARDEN, *et al.*, | § § | |
| *Respondents*. | § § | |

<u>ORDER FOR ADDITIONAL BRIEFING</u>

Before the Court is Juan Benito Rodriguez Lagos' ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents'[1] Response (Dkt. # 5).  The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on Tuesday, May 12, 2026</u>**, Petitioner shall file supplemental briefing with answers to the following questions:

1.  Does Petitioner have any criminal convictions? If so, please provide additional information.

---

[1] Federal Respondents include Miguel Vergara, Field Office Director San Antonio Field Office, United States Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); DHS; and Todd Blanche, United States Attorney General.

1

2.  Please describe further what connections has Petitioner established with the United States, if any.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 4, 2026.

_____
David Alan Ezra
Senior United States District Judge